IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY of AMERICA, a Michigan corporation; and HANOVER INSURANCE COMPANY, a New Hampshire corporation<br>       Plaintiffs,<br><br>v.<br><br>LSL INDUSTRIES, INC., an Illinois corp. and VANESSA INGRAM SANCHEZ, individually and on behalf of all others similarly situated,<br>       Defendants. | Civil Action No.: 22-cv-6247<br><br>Hon. Judge Thomas Durkin |

## AFFIDAVIT

I, Patti M. Deuel, being first duly sworn on oath, state as follows:

1. I am over the age of 18, and if called as a witness, I am competent to state the following facts on my personal knowledge.

2. I represent LSL Industries in the above captioned matter.

3. On January 23, 2024, I had a conversation with Brad Stabus, counsel for the defendant, Visual Pak Co., in *National Fire Ins. Co. of Hartford v. Visual Pak Co.*, 2023 IL App (1st) 221160.

4. Attorney Stabus advised that he would be filing a petition for leave to appeal to the Illinois Supreme Court on behalf of Visual Pak. He further indicated that he had procured an extension of time for the filing of the Petition to and including February 14, 2024.

Further affiant sayeth naught.

_____
Patti M. Deuel

SUBSCRIBED and SWORN to before
Me this 5th day of February, 2024.

_____
Notary Public

OFFICIAL SEAL
ELSA GUZMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/13/2026



EXHIBIT A