# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Citizens Insurance Company of America et al,<br><br>Plaintiff(s),<br><br>v.<br><br>LSL Industries, Inc. et al,<br><br>Defendant(s). | Case No. 22-cv-06247<br>Judge Thomas M. Durkin |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Citizens Insurance Company of America et al
and against defendant(s) LSL Industries, Inc. et al
in the amount of $         ,

  which ☐ includes        pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for summary judgment.


Date: 6/24/2024                               Thomas G. Bruton, Clerk of Court

                                              Emily Wall , Deputy Clerk